UNITED STATES DISTRICT COURT
SOUTHISN DISTRICT OF FLORIDA

CASE NO. 26-20743-CIV-SANCHEZ

LA VENSTON LAMONT HORNE,

    Plaintiff,

v.

FRANCIS X. SUAREZ,
*in his official capacity*,

    Defendant.

_____/

## ORDER ON CONSENT JURISDICTION

This matter is before the Court on Defendant's Notice of Plaintiff's Noncompliance.  ECF No. 5.  On February 11, 2026, this Court filed an Order Regarding Magistrate Consent Jurisdiction and Opt-Out Procedure and instructed the parties to "confer regarding the option of Magistrate jurisdiction" and to "jointly file either: (a) a Joint Motion for Case Reassignment o a District Judge, if any party objects to Magistrate Judge jurisdiction; or (b) a Joint Notice of Consent to Magistrate Judge Jurisdiction."  ECF No. 3.  Defendant states that he was unable to comply with the February 11, 2026 Order because Plaintiff never replied to multiple emails from Defendant's counsel seeking to confer regarding Magistrate Judge jurisdiction.  ECF No. 5.

In light of the foregoing, Plaintiff is specifically instructed to inform Defendant's counsel of his election, and the parties are hereby **ORDERED** to complete and file the attached Consent/Non-Consent to a Civil Action to a Magistrate Judge form within fourteen (14) days of this Order, that is by **March 18, 2026**.

The form should be completed and filed with the Clerk of the Court on the docket of the case.  To consent to the exercise of Magistrate Judge jurisdiction going forward in the action, the

consent form should reflect that the parties have expressly consented.  Alternatively, if any party seeks to opt-out of consent jurisdiction, the same form should be signed and returned to the Clerk of the Court reflecting the request for case reassignment.

Again, all parties have the absolute right to either consent to or opt-out of the exercise of Magistrate Judge jurisdiction.  *See* ECF No.  3.  Any request to randomly reassign the action to a District Judge does not need to be supported by a memorandum of law.  Nor does such a request require a statement of reasons or good cause for pursuing that request.  *The only requirement of the parties is timely compliance with this Order to ensure the efficient disposition of the action.*

**DONE AND ORDERED** in Chambers in Miami, Florida, this 4th day of March 2026.

_____

EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc:     La Venston Lamont Horne, *pro se*
        Counsel of record

2

Adapted from AO 85

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| _____ | ) |
| *Defendant* | )   Civil Action No. _____ |
|  | ) |
|  | ) |

### CONSENT/NON-CONSENT TO A CIVIL ACTION TO A MAGISTRATE JUDGE

### (CHECK ONLY ONE OPTION BELOW)

_____  I/We consent to have this case assigned to Magistrate Judge Eduardo I. Sanchez, to conduct all proceedings in the case, including trial, the entry of final judgment, and all post-trial proceedings, but preserving all rights to appeal to the Eleventh Circuit Court of Appeals.

_____  I/We decline consent and exercise my/our right to opt-out of magistrate judge jurisdiction and seek reassignment of the action to a District Judge as presiding Judge.

| *Printed names of party and attorney* | *Signatures of party or attorney* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |